UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00901 SBA |
| Plaintiff, | ) ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| DWEN EDWARD CURRY, | ) ) | |
| Defendant. | ) ) | |

    Having considered the Application for Issuance of a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on January 12, 2011, wherein he pled guilty to the forfeiture allegation, and good cause appearing,

    IT IS HEREBY ORDERED that the following property is forfeited to the United States:

(a) Apple Laptop, S/N 4H63552EU9B with charger;
(b) Apple Laptop, S/N W87424S7X94 with charger;
(c) HP Laptop, S/N CND3460BXG;
(d) Apple iPhone, S/N 9C838J7M201;
(e) LG cell phone, black;
(f) Zire Camera, S/N: 00W4A5755GEE;
(g) Virgin mobile phone, S/N F0000023861072 with charger;
(h) Virgin mobile phone, S/N 0000026344384;
(i) Memorex Recorder;
(j) Digital Concept Camera;
(k) Panasonic MC;
(l) Motorola MicroSD adapter; and
(m) Any funds residing in financial accounts, the existence of which are discovered at a later date, that are traceable to the schemes or offenses with which defendant was charged in this case, not limited to the counts to which he pled

///

1    IT IS FURTHER ORDERED that the United States, through the appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendants, having or claiming a legal interest in the subject property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: 10/15/12

SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 09-00901 SBA