UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00901 SBA |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DWEN EDWARD CURRY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 15, 2012 the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

(a) Apple Laptop, S/N 4H63552EU9B with charger;
(b) Apple Laptop, S/N W87424S7X94 with charger;
(c) HP Laptop, S/N CND3460BXG;
(d) Apple iPhone, S/N 9C838J7M201;
(e) LG cell phone, black;
(f) Zire Camera, S/N: 00W4A5755GEE;
(g) Virgin mobile phone, S/N F0000023861072 with charger;
(h) Virgin mobile phone, S/N 0000026344384;
(i) Memorex Recorder;
(j) Digital Concept Camera;
(k) Panasonic MC;
(l) Motorola MicroSD adapter; and
(M) Any funds residing in financial accounts, the existence of which are discovered at a later date, that are traceable to the schemes or offenses with which defendant was charged in this case, not limited to the counts to which he pled

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, Title 18, United States Code, Section 982.

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this  29th  day of  JANUARY  2013.

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States Magistrate Judge